

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-18-00753-CV

Kenneth **GIBUSA**,
Appellant

v.

Sylvia **NYAUCHO**, Benta Okweso Cornel and Lamech Hamisi,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05422
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On November 29, 2018, this court notified the trial court clerk that the clerk's record was late. The trial court clerk responded to our notice by stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court